# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 18-50030
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**

February 14, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MANUEL RAMOS-FUENTES, also known as Manuel Perez-Calderon, also
known as Manuel Fuentes Ramos, also known as Manuel Fuentes, also known
as Manuel Ramos, also known as Manuel Fuentes-Ramos,

Defendant-Appellant

————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:17-CR-583-1

————————

Before HIGGINBOTHAM, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:[*]

Manuel Ramos-Fuentes pleaded guilty to illegal reentry into the United
States and was sentenced to 28 months in prison.  On appeal, Ramos-Fuentes
argues that two prior sentences were imposed on the same day and should have
been combined, under U.S.S.G § 4A1.2(a)(2)(B), which would have reduced his
recommended sentencing range.  Ramos-Fuentes concedes that he did not

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 18-50030

object to the district court's calculation of his criminal history score and that review is for plain error only. *Puckett v. United States*, 556 U.S. 129, 135 (2009); *Rosales-Mireles v. United States*, 138 S. Ct. 1897 (2018).

In response to Ramos-Fuentes's brief, the Government filed an unopposed motion to supplement the record with the supporting documents for the two offenses in question. The additional documents show that the sentences were not imposed on the same day and may not be counted as a single sentence under § 4A1.2(a)(2). Ramos-Fuentes has failed to show any error in his sentence.

AFFIRMED.